filing THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SF

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>H. Marquette (Hawee)<br>　　　　Defendant. | CASE NO. _____  **MHP**<br><br>APPLICATION TO PROCEED<br>IN FORMA PAUPERIS; AND<br>DECLARATION IN SUPPORT **(PR)**<br>OF APPLICATION |

## IN FORMA PAUPERIS DECLARATION

1.　　I am the defendant in the entitled action in Case Number 06F7253 and am incarcerated without resources to retain legal counsel to represent me in this action;

2.　　That I do believe I am entitled to bring this  Writ  in order to secure the appointment of counsel to defend my present and future rights in the above cause of action;

3.　　That because of my poverty I am indigent and unable to pay the costs of this action, to give security therefore, or to employ an attorney;

4.　　That I have assets of only $ ~~0~~ and no income, except $ ~~0~~ ;

5.　　That what minimum financial resources I do have I do require for my personal maintenance and/or that of my family;

6.　　That I do require the costs of this proceeding to be waived in order to prevent further violations of my rights to due process and equal protection of law.

## VERIFICATION

I have read the above statements and swear under penalty of perjury that these statements are true as based upon information and belief. Executed this 23rd day of March 23, 2008 at Vacaville, California. Pursuant to the Code of Civil Procedure, §4465 and §2015.5.

DATE: 3/23-08

_____
DECLARANT

6

STATE OF CALIFORNIA
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date March 23, 20 08

To: Warden          Approved _____

I hereby request that my Trust Account be charged $_____ for the purpose stated below and authorize the withdrawal of that sum from my account:

__P-32844__
NUMBER

__[signature]__
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

PURPOSE __U.S Corthouse__
__Legal postage__
__6x9 Manila Envelope__

NAME __Marquette__
ADDRESS __B#5 #750 up__

__Robert Marquette__
PRINT YOUR FULL NAME HERE