filing IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF S.F. _____

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br><br>H. Marquette (Hawee)<br><br>　　　　　　　Defendant. | CASE NO. _____  **MHP**<br><br>APPLICATION TO PROCEED<br>IN FORMA PAUPERIS; AND<br>DECLARATION IN SUPPORT **(PR)**<br>OF APPLICATION |

## IN FORMA PAUPERIS DECLARATION

1.　　I am the defendant in the entitled action in Case Number 06F7253 and am incarcerated without resources to retain legal counsel to represent me in this action;

2.　　That I do believe I am entitled to bring this Writ in order to secure the appointment of counsel to defend my present and future rights in the above cause of action;

3.　　That because of my poverty I am indigent and unable to pay the costs of this action, to give security therefore, or to employ an attorney;

4.　　That I have assets of only $ __0__ and no income, except $ __0__ ;

5.　　That what minimum financial resources I do have I do require for my personal maintenance and/or that of my family;

6.　　That I do require the costs of this proceeding to be waived in order to prevent further violations of my rights to due process and equal protection of law.

5

## VERIFICATION

I have read the above statements and swear under penalty of perjury that these statements are true as based upon information and belief. Executed this 23rd day of March 23, 2008 at Vacaville, California. Pursuant to the Code of Civil Procedure, §4465 and §2015.5.

DATE: 3/23-08

_____
DECLARANT

STATE OF CALIFORNIA  
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date March 23, 2008

To: Warden          Approved _____

I hereby request that my Trust Account be charged $_____ for the purpose stated below and authorize the withdrawal of that sum from my account:

NUMBER: P-32844

NAME (Signature please, DO NOT PRINT): [signature]

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

PURPOSE: U.S Cort House Legal postage 6x9 Manila Envelope

NAME: Marquette  
ADDRESS: B#5 #750 up

[signature] Robert Marquette  
PRINT YOUR FULL NAME HERE

**E-filing**

FILED
APR 16 PM 1:07
[clerk stamp]

M

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Marquette                              ) CASE NO. _____ **MHP**
     Plaintiff,                        )
vs.                                    ) PRISONER'S
                                       ) APPLICATION TO PROCEED **(PR)**
Shasta Co      Defendant.              ) IN FORMA PAUPERIS
Judge Curley Ann Jeffcorder            )

I, R Marquette , declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ N/A Net: _____

Employer: _____ N/A _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Self employment_
5  _(Transport)_
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.  Business, Profession or                          Yes ___ No ✓
10         self employment
11    b.  Income from stocks, bonds,                       Yes ___ No ✓
12         or royalties?
13    c.  Rent payments?                                   Yes ___ No ✓
14    d.  Pensions, annuities, or                          Yes ___ No ✓
15         life insurance payments?
16    e.  Federal or State welfare payments,               Yes ___ No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.  _N/A_
21  _____
22  _____
23  3.  Are you married?                                   Yes ___ No ✓
24  Spouse's Full Name: _N/A_
25  Spouse's Place of Employment: _N/A_
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).

*N/A*

7   5.   Do you own or are you buying a home?          Yes ___ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?                     Yes ___ No ✓
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ___ No ✓  If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: *N/A*
16  Present balance(s): $ _____
17  Do you own any cash? Yes ___ No ✓ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)  Yes ___ No ✓
20  _____

21  8.   What are your monthly expenses?
22  Rent: $ _____  Utilities: _____  *IN PRISON*
23  Food: $ _____  Clothing: _____
24  Charge Accounts:
25  Name of Account        Monthly Payment        Total Owed on This Acct.
26  _____             $ _____           $ _____
27  _____             $ _____           $ _____
28  _____             $ _____           $ _____

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ✓   No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  SHASTA COUNTY Superior
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  4-12-08                              [signature]
17      DATE                              SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 4 -

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA STATE PRISON SOLANO
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU APR. 04, 2008

ACCOUNT NUMBER : P32844                       BED/CELL NUMBER: S209T1000000150L
ACCOUNT NAME   : MARQUETTE, HAROLD ROBERT         ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 12/05/2007 | H107 | POSTAGE HOLD | 1989-POST | 0.41 |
| 12/05/2007 | H107 | POSTAGE HOLD | 1989-POST | 0.41 |
| 03/07/2008 | H114 | COPAY FEE, MED. | 3251-02/10 | 5.00 |
| 03/12/2008 | H109 | LEGAL POSTAGE HOLD | 3353-LEGAL | 0.41 |
| 03/12/2008 | H109 | LEGAL POSTAGE HOLD | 3353-LEGAL | 0.80 |
| 03/21/2008 | H109 | LEGAL POSTAGE HOLD | 3497-LEGAL | 0.41 |
| 03/21/2008 | H109 | LEGAL POSTAGE HOLD | 3497-LEGAL | 0.41 |
| 03/21/2008 | H109 | LEGAL POSTAGE HOLD | 3497-LEGAL | 0.41 |
| 03/21/2008 | H109 | LEGAL POSTAGE HOLD | 3497-LEGAL | 0.41 |
| 03/21/2008 | H109 | LEGAL POSTAGE HOLD | 3497-LEGAL | 0.58 |
| 03/21/2008 | H109 | LEGAL POSTAGE HOLD | 3497-LEGAL | 0.41 |
| 03/21/2008 | H109 | LEGAL POSTAGE HOLD | 3497-LEGAL | 0.80 |
| 03/21/2008 | H109 | LEGAL POSTAGE HOLD | 3497-LEGAL | 0.41 |
| 03/24/2008 | H118 | LEGAL COPIES HOLD | 3527-L/CPY | 0.50 |
| 03/24/2008 | H118 | LEGAL COPIES HOLD | 3527-L/CPY | 3.50 |
| 03/25/2008 | H109 | LEGAL POSTAGE HOLD | 3562-LEGAL | 0.41 |
| 03/25/2008 | H109 | LEGAL POSTAGE HOLD | 3562-LEGAL | 0.41 |
| 04/02/2008 | H109 | LEGAL POSTAGE HOLD | 3624-LEGAL | 0.41 |
| 04/02/2008 | H109 | LEGAL POSTAGE HOLD | 3624-LEGAL | 1.31 |
| 04/02/2008 | H109 | LEGAL POSTAGE HOLD | 3624-LEGAL | 0.41 |
| 04/02/2008 | H109 | LEGAL POSTAGE HOLD | 3624-LEGAL | 0.41 |
| 04/04/2008 | H109 | LEGAL POSTAGE HOLD | 3690-LEGAL | 0.41 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 18.64 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
18.64-

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

Dear Sir or Madam:

Your petition has been filed as civil case number _____.

A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. **MHP (PR)** the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ___✓___ you did not file an In Forma Pauperis Application.

2. ___✓___ the In Forma Pauperis Application you submitted is insufficient because:

   ___✓___ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   ___✓___ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.   *yes I Did Here's*

   ___✓___ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.   *yet Another*

   _____ Other _____

*Sent to Accounts 2 weeks ago with SASE*

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07

*MARQUETTE*

